UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __7__

Almeyda
-v-
Nicholas

U.S.C.A. # _____

U.S.D.C. # __08 cv 0304__

JUDGE: __KMW__

DATE: __Mar. 28, 2008__

MAR 28 2008

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME):  THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES -----------------------------------------------------------

DOCUMENT DESCRIPTION                                                           DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

( X ) Original Record                                    (_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 28th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Almeyda*

-v-

*Nicholas*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08 cv-0304

JUDGE: KMW

DATE: Mar. 28, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

**BALANCE OF FILE MISSING AT THIS TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 28th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00304-KMW
#### Internal Use Only

Almeyda v. Nicholas et al
Assigned to: Judge Kimba M. Wood
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/14/2008
Date Terminated: 01/14/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2008 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Ralph Almeyda.(laq) (Entered: 01/23/2008) |
| 01/14/2008 | | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 01/23/2008) |
| 01/14/2008 | 2 | ORDER OF DISMISSAL, The Clerk of Court is directed to assign a docket number to this matter. For the reasons set forth in this order, petition is dismissed.Accordingly, petitioner's application for a writ of habeas corpus under 28 U.S.C. 2254 is dismissed. As the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. I certify pursuant to 28 U.S.C. 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/14/08) (laq) (Entered: 01/23/2008) |
| 01/14/2008 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 1/14/08) (laq) (Entered: 01/23/2008) |
| 01/30/2008 | 4 | MOTION for Reconsideration of the Court's January 14, 2008 dismissal of his habeas action (2254). Document filed by Ralph Almeyda.(djc) (Entered: 02/04/2008) |
| 02/25/2008 | 5 | ORDER; denying 4 Motion for Reconsideration. The Clerk of Court is directed to accept no further submissions under this docket number, except for papers directed to the U.S.C.A. for the Second Circuit. As the motion makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. section 2253; I certify pursuant to 28 U.S.C. section 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/25/08) (ae) (Entered: 02/26/2008) |
| 03/21/2008 | 6 | NOTICE OF APPEAL from 5 Order on Motion for Reconsideration. Document filed by Ralph Almeyda. (tp) (Entered: 03/28/2008) |
| 03/21/2008 | | Appeal Remark as to 6 Notice of Appeal filed by Ralph Almeyda. $455.00 APPEAL FEE DUE. IFP REVOKED 2/25/08. COA DENIED 2/25/08. (tp) (Entered: 03/28/2008) |
| 03/28/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 03/28/2008) |
| 03/28/2008 | | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 03/28/2008) |